1
2
3
4
5
6         UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | MJ-08-304-1 |
| vs. | ) | |
| MARIA DEL CARMEN RIVERA-CRUZ, a/k/a Carman Rivera-Cruz, | ) | Order Granting Motion to Quash Arrest Warrant on Complaint |
| Defendant. | ) | |

Upon Motion of Plaintiff, United States of America, to Quash Arrest Warrant for MARIA DEL CARMEN RIVERA-CRUZ, a/k/a Carman Rivera-Cruz,

**IT IS ORDERED** that said Warrant For Arrest be quashed and a summons be issued for MARIA DEL CAREN RIVERA-CRUZ, a/k/a Carman River-Cruz.

DATED December 4, 2008.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

Order Granting Motion to Quash Arrest Warrant on Complaint
07mj304ci1-12-4.wpd